UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **03-cv-40046-FDS** |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Rocco Windover** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

_____          _____
Date                            John M. McLaughlin
                                **MCLAUGHLIN SACKS**
                                31 Trumbull Road
                                Northampton, MA 01060
                                Telephone: (413) 586-0865
                                BBO No. 556328

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this __25__ day of ___Aug___, 2004, a copy of the foregoing Notice of Dismissal was mailed first class to:

Attorney Todd Bennett
Corrigan Bennett & Belfort, P.C.
404 Main Street
Suite One
Wilmington, MA 01887

_____
John M. McLaughlin, Esq.

Page 2